Denis F. Sheils
KOHN SWIFT & GRAF, PC
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Tel: (215) 238-1700
Fax: (215) 238-1968

Daniel W. Krasner
Demet Basar
Malcolm T. Brown
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 545-4653

*Attorneys for Police and Fire Retirement System of the City of Detroit*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
*In re* : **Chapter 11 Case**
:
**AMBAC FINANCIAL GROUP, INC.,** :
: **Case No. 10-15973 (SCC)**
**Debtor.** :
:
------------------------------------------------------x

## NOTICE OF APPEAL

Plaintiff Police and Fire Retirement System of the City of Detroit appeals under 28 U.S.C. § 158(a) to the District Court for the Southern District of New York from the Amended Order (A) Approving the Settlement Stipulation and the Insurer Agreement and (B) Approving Ambac's Entry Into the Settlement Stipulation and the Insurer Agreement and Performance of All of Its Obligations Thereunder Pursuant to Section 105(A) of the Bankruptcy Code and

Bankruptcy Rule 9019 of Judge Shelley C. Chapman entered in this settlement proceeding on the 13th day of September, 2011, docket number 558.

The names of all parties to the Amended Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Allison H. Weiss, Esq.**
**Peter A. Ivanick, Esq.**
Dewey & LeBoeuf LLP
125 West 55th Street
New York, NY 10019
Tel: (212) 424-8069
Fax: (212) 424-8500


**Bennett G. Young, Esq.**
Dewey & LeBoeuf LLP
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, California 94105
Tel: (415) 951-1100
Fax: (415) 951-1180

Attorneys for the Debtor and Debtor in Possession

**Anthony Princi, Esq.**
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 468-8030
Fax : (212) 468-7900


Attorney for the Creditors Committee

**Peter C. Hein, Esq.**
**C. Lee Wilson, Esq.**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Tel: (212) 403-1237
Fax: (212) 403-2237

**David J. Teklits, Esq.**
Morris Nichols Arsht & Tunnel LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Tel: (302) 351-9292
Fax: (302) 498-6212

Attorneys for Ambac Financial Group, Inc.

**Brian Shoichi Masumoto, Esq.**
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Tel: (212) 510-0500
Fax : (212) 668-2255

Attorney for United States Trustee

**James Gadsden, Esq.**
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Tel: (212) 732-3200
Fax : (212) 732-3232

Attorney for Trustee

Dated: September 26, 2011                    Respectfully Submitted,

                                             s/ Denis F. Sheils
                                             Kohn, Swift & Graf, PC
                                             Denis F. Sheils
                                             William E. Hoese
                                             Barbara L. Moyer
                                             One South Broad Street, Suite 2100
                                             Philadelphia, PA 19107
                                             (215) 238-1700

                                             Wolf Haldenstein Adler Freeman & Herz LLP
                                             Daniel W. Krasner
                                             Demet Basar
                                             Malcolm T. Brown

270 Madison Avenue
New York, NY 10016
(212) 545-4600

Chimicles & Tikellis LLP
Pamela S. Tikellis
Scott M. Tucker
222 Delaware Avenue
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

The Miller Law Firm, P.C.
Darryl G. Bressack
Brian E. Etzel
950 West University Drive, Suite 300
Rochester, MI 48307

*Attorneys for the Police and Fire*
*Retirement System of the City of Detroit*

## CERTIFICATE OF SERVICE

      I certify that on September 26, 2011 a true and correct copy of the foregoing Notice of Appeal was filed electronically with the Court, which will send notification of this filing to counsel of record.

Dated: September 26, 2011

/s/Denis F. Sheils  
KOHN SWIFT & GRAF, PC  
Denis F. Sheils  
One South Broad Street, Suite 2100  
Philadelphia, Pennsylvania 19107  
Telephone: (215) 238-1700  
Facsimile: (215) 238-1968