Peter A. Ivanick
Allison H. Weiss
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

    - and -

Bennett G. Young (admitted *pro hac vice*)
DEWEY & LEBOEUF LLP
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, California 94105
Tel: (415) 951-1100
Fax: (415) 951-1180

*Attorneys for the Debtor and Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| **AMBAC FINANCIAL GROUP, INC.,** | : | |
| | : | Case No. 10-15973 (SCC) |
| Debtor. | : | |

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

    Ambac Financial Group, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor" or "Appellee"), as provided in Rule 8006 of the Federal Rules of Bankruptcy Procedure, submit the following designation of additional items to be included in the record on the appeal of Police and Fire Retirement System of the City of Detroit (the "Appellant") from the *Amended Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 (A) Approving the Settlement Stipulation and the Insurer Agreement and*

*(B) Approving Ambac's Entry Into the Settlement Stipulation and the Insurer Agreement and Performance of All of its Obligations Thereunder* (the "<u>Amended 9019 Order</u>") entered in the above captioned chapter 11 case on September 13, 2011 [Docket No. 558].

### **Designation Of Additional Items For Record[1]**

**A.    In re Ambac Financial Group, Inc., United States Bankruptcy Court for the Southern District of New York, Case No. 10-15973-SCC**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Appellee designates the following additional items to be included in the record on appeal:

| Item No. | Date | Docket No./Claim No. | Description |
|---|---|---|---|
| 1 | 7/28/11 | 468[2] | Letter Response of Ambac Financial Group, Inc. dated July 28, 2011. |
| 2 | 9/21/11 | 575 | First Amended Plan of Reorganization of Ambac Financial Group, Inc. |
| 3 | 9/21/11 | 576 | First Amended Disclosure Statement of Ambac Financial Group, Inc. |
| 4 | 2/28/11 | 2493[3] | Proof of Claim of Trustees of the Police & Fire Retirement System of the City of Detroit. |
| 5 | 3/2/11 | 2896 | Proof of Claim of Kohn Swift & Graf, PC. |
| 6 | 3/2/11 | 2920 | Proof of Claim of Wolf Haldenstein Alder Freeman & Herz LLP. |
| 7 | 3/2/11 | 3007 | Proof of Claim of Chimicles & Tikellis LLP. |
| 8 | 3/2/11 | 2981 | Proof of Claim of Robbins Umeda LLP, Law Office of Thomas G Amon, Murray Frank Sailer LLP and Johnson Bottini LP |
| 9 | 3/2/11 | 2992 | Proof of Claim of Catherine Rubery, Marilyn Clark and Earl Jordan Yaokasin. |

---

[1] Appellee reserves the right to amend this designation of items to be included in the record on appeal. For items designated, the designation includes all documents referenced within the particular document number, including, without limitation, all exhibits, attachments declarations, and affidavits related thereto.

[2] The numbers referred to in Item Nos. 1-3 refer to the ECF docket of the above-captioned chapter 11 case.

[3] The numbers referred to in Item Nos. 4-9 refer to the claims register of the above-captioned chapter 11 case.

Dated: October 18, 2011

New York, New York

   /s/ Allison H. Weiss
Peter A. Ivanick
Allison H. Weiss
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

- and -

Bennett G. Young (admitted *pro hac vice*)
DEWEY & LEBOEUF LLP
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, California 94105
Tel: (415) 951-1100
Fax: (415) 951-1180

*Attorneys for Ambac Financial Group, Inc.*